```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    23cr296(DLC)
UNITED STATES OF AMERICA,               :
                                        :        ORDER
              -v-                       :
                                        :
JOHNNY DE LOS SANTOS MARTINEZ,          :
                                        :
              Defendant.                :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on June 27, 2023, it is hereby

    ORDERED that the defendant Johnny de los Santos Martinez (U.S.M. #66489-054) is remanded to the custody of the United States Marshal's Service.

    SO ORDERED:

Dated:    New York, New York
           June 27, 2023

                                      _____
                                           DENISE COTE
                                  United States District Judge