```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    23cr296(DLC)
UNITED STATES OF AMERICA,               :
                                        :    ORDER
            -v-                         :
                                        :
JOHNNY DE LOS SANTOS MARTINEZ,          :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea in this matter is scheduled for **January 17, 2024 at 3:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         January 11, 2024

_____
DENISE COTE
United States District Judge