Case 1:23-cr-00296-DLC    Document 32    Filed 06/24/25    Page 1 of 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :                23cr296(DLC)
                                         :
              -v-                        :                ORDER
                                         :
                                         :
JOHNNY DE LOS SANTOS MARTINEZ,           :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 25, 2024, defendant Johnny de los Santos Martinez was sentenced principally to a term of 97 months' imprisonment to be followed by 5 years of supervised release. At sentencing, the Court found an offense level of 29 and a criminal history category of II, which yielded a sentencing guideline range of 97 to 121 months.

In an application dated June 6, 2025 and docketed on June 20, 2025, the defendant moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines. Amendment 821 went into effect on November 1, 2023, and the defendant's sentencing range was calculated under that amended guidelines. Accordingly, it is hereby

ORDERED that the defendant's motion of June 20 is denied.

2

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant a note service on the docket.

Dated:  New York, New York
        June 24, 2025

                              _____
                                        DENISE COTE
                              United States District Judge